Charlene Brodt, et al., Plaintiff-Appellant, v. Beatrix Novak, et al., Defendant-Appellee.

Gen. No. 11,728.

Second District, Second Division.

November 6, 1963.

Joseph J. Jares, Jr., of Chicago (Thomas William Burke, of counsel), for appellant; Rathje, Woodward & Dyer Associates, all of Wheaton (Henry J. Burt, Jr., of counsel), for appellee. Opinion by PRESIDING JUSTICE CROW. Not to be published in full.